**Samuel Henry DOUGLASS, Petitioner—Appellant,**

v.

**George GRIGAS, Respondent— Appellee.**

**No. 03–16881.**

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.*

Decided July 20, 2004.

Samuel Henry Douglass, Indian Springs, NV, Petitioner–Appellant Pro Se.

Thom Gover, Conrad Hafen, AGNV–Office of the Nevada Attorney General, Las Vegas, NV, for Respondent–Appellee.

Before: HAWKINS, THOMAS, and BYBEE, Circuit Judges.

MEMORANDUM **

Nevada state inmate, Samuel Henry Douglass, appeals the denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Our review of the record reveals that one of the claims in Douglass's habeas petition pertaining to the alleged admission of evidence in violation of his *Miranda* rights remains before the district court. Because there is no final judgment in this case, we dismiss Douglass's appeal for lack of jurisdiction. *See* 28 U.S.C.

§ 2253 (permitting an appeal only from a "final order"); *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir.1981) (holding that because one of the plaintiff's claims, "remain[ed] a live cause still pending in the District Court as part and parcel of [the plaintiff's] action," there was no final judgment for purposes of appellate jurisdiction).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.